**LIBERTY SHOPPING CENTER, et al., Appellants,**

v.

**AMOCO OIL COMPANY and Leslie D. Welch, Respondents.**

**No. WD 53486.**

Missouri Court of Appeals, Western District.

Nov. 10, 1997.

Greg T. Spies, Kansas City, for Appellants.

Lisa A. Nielsen, St. Louis, for Respondent, Amoco Oil Company.

James A. Kessinger, Kansas City, for Respondent, Welch.

Before SPINDEN, P.J., and LAURA DENVIR STITH and EDWIN H. SMITH, JJ.

## ORDER

PER CURIAM.

The general partners and trusts which comprise the general partnership, Liberty Shopping Center, appeal the grant by the Circuit Court of Clay County of the motion of Amoco Oil Company and Leslie D. Welch, respondents, to dismiss their petition as being time-barred by the statute of limitations as to certain party-plaintiffs and for failure to join them as indispensable parties.

Judgment affirmed. Rule 84.16(b).